```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

_____
                              )
UNITED STATES OF AMERICA      )
                              )
          v.                  )   CRIMINAL NO. 07-10109-DPW
                              )
ANNEMARIE PAGLIA,             )
          Defendant.          )
_____)
```

<u>ORDER</u>
December 27, 2007

The defendant, who was sentenced on September 21, 2007 after careful consideration of the relevant factors to a period of incarceration substantially below the applicable guideline, has now formally moved pro se for reconsideration of her sentence.

Although permitted by her judgment and commitment order to self surrender on or before October 26, 2007, she later sought and received on October 15, 2007 an extension of the self surrender date to December 28, 2007, in response to her request for additional time to facilitate arrangements for adjustment by her family to her incarceration.

She has since made several submissions evidencing difficulties her children in particular are experiencing, culminating in the restyling of the letter dated December 15, 2007 as a formal motion filed late yesterday.  She has informed the Courtroom Deputy Clerk that she is not seeking a further extension of the self surrender date but rather a new sentence of home detention with community service.

As the government has noted in its response to the defendant's submissions, this court is without authority to amend or modify the sentence imposed over three months ago. Accordingly, treating the various submissions filed since October 15, 2007 as a motion to vacate, amend or modify the sentence, that motion is hereby denied.

/s/ Douglas P. Woodlock
_____
DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE